**01-1691.   State ex rel. Portage Lakes Edn. Assn. OEA/NEA v. State Emp. Relations Bd.**
In Mandamus. On answer of respondent, motion for leave to intervene as a respondent of Portage Lakes Career Center Board of Education, and answer of intervening respondent Portage Lakes Career Center Board of Education. Motion for leave granted. *Sua sponte*, alternative writ granted.

**01-1801.   Cotten v. Ohio Dept. of Rehab. & Corr.**
Franklin App. No. 98AP–1367. On motion for leave to file delayed appeal. Motion denied.

**01-1810.   State v. Fuller.**
Cuyahoga App. No. 72811. On motion for leave to file delayed appeal. Motion denied.
   DOUGLAS, J., dissents.

**01-1824.   State v. Richards.**
Cuyahoga App. No. 78457. On motion for stay of court of appeals' judgment. Motion granted.
   PFEIFER, J., dissents.

**01-1847.   Internatl. Union, United Auto., Aerospace & Agricultural Implement Workers of Am., UAW, Region 2 v. McFaul.**
Cuyahoga App. No. 78683. On motion for immediate stay of court of appeals' judgment. Motion denied.
   COOK and LUNDBERG STRATTON, JJ., dissent.

**01-1850.   Decker v. Decker.**
Hancock App. No. 5-01-23. On motion for stay of court of appeals' judgment. Motion denied.
   MOYER, C.J., and COOK, J., dissent.

**01-1855.   State v. Dunning.**
Cuyahoga App. No. 75869. On motion for leave to file delayed appeal. Motion denied.

**01-1889.   State v. Mendoza.**
Marion App. No. 9-01-02. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER and COOK, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

**01-1495.   Beek v. United Ohio Ins. Co.**
Williams App. No. WM-00-008.
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**01-1566.   Keener v. Legacy Health Serv.**
Cuyahoga App. No. 78536.
   MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**01-1695.   Geggie v. Cooper Tire & Rubber Co.**
Hancock App. No. 5-01-13.
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.